**Opinion issued February 26, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

## NO. 01-19-00073-CV

————————————

## IN THE INTEREST OF D. A. S. AND D. S., CHILDREN

---

### On Appeal from the 300th District Court
### Brazoria County, Texas
### Trial Court Case No. 91257-F

---

### MEMORANDUM OPINION

This is an attempted appeal from a final order terminating the parent-child relationship. *See* TEX. FAM. CODE § 161.001(b). The final order was signed on October 15, 2018. Appellant filed a notice of appeal on January 29, 2019. Appellee, the Texas Department of Family and Protective Services, has filed a motion to

dismiss the appeal for want of jurisdiction because appellant's notice of appeal was untimely. We grant the motion and dismiss the appeal.

An appeal from an order terminating parental rights is an accelerated appeal. *See* TEX. R. APP. P. 28.4(a)(2)(A). A notice of appeal in an accelerated appeal must be filed within 20 days after the judgment or order is signed. TEX. R. APP. P. 26.1(b). The deadline may be extended by fifteen days if, within that fifteen-day period, appellant files the notice of appeal in the trial court and a motion for extension of time in the court of appeals. *See* TEX. R. APP. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Unlike in a non-accelerated appeal, a timely-filed post-judgment motion does not extend the deadline to file the notice of appeal in an accelerated appeal. *See* TEX. R. APP. P.28.1(b); *In re K.A.F.*, 160 S.W.3d 923, 926–27 (Tex. 2005).

Because the trial court's final order was signed on October 15, 2018, appellant's notice of appeal was due 20 days later, on November 5, 2018. Appellant's January 29, 2019 notice of appeal was untimely filed 86 days after the deadline. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1. On February 1, 2019, appellee filed a motion to dismiss this appeal for want of jurisdiction due to the untimely notice of appeal. Appellant failed to respond.

Accordingly, we grant appellee's motion to dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.